Order Filed on
09/07/2010
by Clerk U.S. Bankruptcy
Court District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(C)

Rob Saltzman, Esquire
Pluese, Becker & Saltzman, LLC
RS1765
20000 Horizon Way, Suite 900
Mount Laurel, NJ 08054-4318
(856) 813-1700
Attorneys' for the Mortgagee
File No. 66844

In Re:

Brian Schoenberger

Case No.: 09-43360-NLW

Hearing Date: September 7, 2010

Judge: Novalyn L. Winfield

Chapter 7

Recommended Local Form:    ✓ Followed    __ Modified

## ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED.**

**DATED: 09/07/2010**

_____
Honorable Novalyn L. Winfield
United States Bankruptcy Judge

Case No.: 09-43360-NLW

Caption of Order:  ORDER VACATING STAY

      Upon the motion of Bank of America, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

      **ORDERED** that the automatic stay is vacated to permit the Movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the Movant's rights, including any deficiency rights as applicable to the extent and in the manner provided for by any applicable contract, documents, and applicable non-bankruptcy law in the following:

      ✓      Personal Property more fully described as:
                  2008 BMW M3 Coupe
                  Vin No.: WBSWD935X8PY40650

      It is further ORDERED that the Movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

      The Movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*Approved by Judge Novalyn L. Winfield September  07, 2010*