Order Filed on
12/07/2010
by Clerk U.S. Bankruptcy
Court District of New Jersey

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>FEITLIN, YOUNGMAN, KARAS &<br>YOUNGMAN, LLC<br>9-10 Saddle River Road<br>Fair Lawn, NJ 07410<br>Attorneys for Catherine E. Youngman, Esq.<br>Chapter 7 Trustee<br>Michael R. Herz, Esq. (MH - 5889) | |
| In Re:<br><br>BRIAN SCHOENBERGER,<br><br>   Debtor, | Case No.:  09-43360 (NLW)<br><br>Judge:    Hon.  Novalyn L. Winfield<br><br>Chapter:    7 |
| CATHERINE E. YOUNGMAN, CHAPTER 7 TRUSTEE,<br><br>   Plaintiff,<br><br>v.<br><br>BRIAN SCHOENBERGER,<br><br>   Defendant. | Adv. Pro.:  10-01629 (NLW) |

**FINAL JUDGMENT BY DEFAULT
AGAINST DEFENDANT, BRIAN SCHOENBERGER**

The relief set forth on the following p

_Novalyn L. Winfield_
Honorable Novalyn L. Winfield
United States Bankruptcy Judge

**DATED: 12/07/2010**

Page 2

**THIS MATTER** having been brought before the Court upon the request of Catherine E. Youngman, the Chapter 7 Trustee and plaintiff in the within adversary proceeding, by and through her attorneys, Feitlin, Youngman, Karas & Youngman, LLC, for an entry of default judgment against the debtor and defendant, Brian Schoenberger (the "Defendant"), it appearing that the Defendant was duly served with Summons and Complaint Objecting to Debtor's Discharge, and Default having been entered for the Defendant's failure to answer or otherwise move or respond as to the Complaint; and for good cause shown, including at a proof hearing held on November 30, 2010, it is hereby,

**ORDERED AND ADJUDGED** that pursuant to Federal Rule of Civil Procedure 55(b), made applicable herein by Federal Rule of Bankruptcy Procedure 7055(b), Judgment by Default is hereby entered against the defendant, Brian Schoenberger; and it is further

**ORDERED AND ADJUDGED** that the defendant's discharge is hereby revoked pursuant to 11 U.S.C. §§ 727(a)(2)(A) and (B), 727(a)(3), 727(a)(4)(A), (B), (C), and (D), 727(a)(5).

_____
Hon. Novalyn L. Winfield, U.S.B.J.

Date: _____